# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

**ROBERT ELLSWORTH BEACH**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:10-CR-00029-KD-B(1)**
USM Number: **10886-003**
**Christ N. Coumanis**
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s)

☐ was found in violation of condition(s)

**Standard Conditions #3, #7 and the Special Condition of the term of supervision.**

after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition # 3 | Technical | |
| Standard Condition # 7 | Technical | |
| Special Condition | Technical | |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**July 26, 2019**
Date of Imposition of Judgment

**s/Kristi K. DuBose**
Signature of Judge

**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**August 6, 2019**
Date

DEFENDANT:     ROBERT ELLSWORTH BEACH
CASE NUMBER:   1:10-CR-00029-KD-B(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **three (3) months. No Supervised Release Term to follow.**

.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    **The defendant is remanded to the custody of the United States Marshal.**
☐    The defendant shall surrender to the United States Marshal for this district:

☐    at                              ☐    a.m.    ☐    p.m.    on

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on
☐    as notified by the United States Marshal.
☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By    _____

DEPUTY UNITED STATES MARSHAL